## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Blake McLean,   et al.,

                Plaintiffs,                Civil 04-1158 (PAM/JSM)

v.

                                      **ORDER OF DISMISSAL**

Mortgage One, et al.,

                Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 14 , 2006

                                                        s/Paul A. Magnuson
                                                        Paul A. Magnuson
                                                        United States District Court Judge